No. 97–1418. BANK OF AMERICA NATIONAL TRUST AND SAVINGS ASSN. *v.* 203 NORTH LASALLE STREET PARTNERSHIP. C. A. 7th Cir. Motions of American College of Real Estate Lawyers, American Council of Life Insurance, and American Bankers Association et al. for leave to file briefs as *amici curiae* granted. Certiorari granted.

No. 97–315. MANGES ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–1181. PARKER ET AL. *v.* WAKELIN ET AL. C. A. 1st Cir. Certiorari denied.

No. 97–1236. PATTERSON *v.* INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 959. C. A. 9th Cir. Certiorari denied.

No. 97–1249. ROAD SPRINKLER FITTERS LOCAL UNION No. 669, UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPE FITTING INDUSTRY OF THE UNITED STATES AND CANADA, AFL–CIO *v.* "AUTOMATIC" SPRINKLER CORPORATION OF AMERICA ET AL. C. A. 6th Cir. Certiorari denied.

No. 97–1265. MURPHY ET AL. *v.* SOFAMOR DANEK GROUP, INC., ET AL. C. A. 6th Cir. Certiorari denied.

No. 97–1271. VISWANATHAN *v.* FAYETTEVILLE STATE UNIVERSITY BOARD OF TRUSTEES ET AL. C. A. 4th Cir. Certiorari denied.

No. 97–1397. DERZACK ET VIR *v.* ALLEGHENY COUNTY CHILDREN AND YOUTH SERVICES. Super. Ct. Pa. Certiorari denied.

No. 97–1411. NORTH TEXAS STEEL CO., INC. *v.* R. R. DONNELLEY & SONS CO. Ct. App. Ind. Certiorari denied.

No. 97–1417. ALTAI, INC. *v.* COMPUTER ASSOCIATES INTERNATIONAL, INC. C. A. 2d Cir. Certiorari denied.

No. 97–1425. ROBERTS *v.* UNIDYNAMICS CORP. ET AL. C. A. 8th Cir. Certiorari denied.